UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DENNIS DALEY,

    Plaintiff,

vs.

MIKE SCOTT, in his official capacity as Sheriff of Lee County, Florida, MIKE DZUBIA, in his official capacity and individually, and KENNETH SHERMAN, in his official capacity and individually,

CASE NO.: 2-15-cv-00269-JES-MRM

    Defendants.

## PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' AFFIRMATIVE DEFENSES

COMES NOW the Plaintiff, DENNIS DALEY, and moves this Court to strike the Defendants' affirmative defenses as follows:

1. In response to the Plaintiff's Second Amended Complaint filed in this action the Defendants have set forth and filed seventeen (17) affirmative defenses.

2. Defendants' Affirmative Defenses are all one-sentence defenses with no facts set forth therein and comprised of no more than "bare bones conclusory allegations." Groves vs. Dury, MD, PA, 2006 WL 2556944 (M.D. Fla.), citing Microsoft Corp. v. Jesse's Computer & Repair, Inc., 211 F.R.D. 681, 684 (M.D. Fla. 2002).

3. As a result, all seventeen (17) affirmative defenses must be stricken. Groves vs. Dury, MD, PA, 2006 WL 2556944 (M.D. Fla.), citing Microsoft Corp. v.

Jesse's Computer & Repair, Inc., 211 F.R.D. 681, 684 (M.D. Fla. 2002).

4. Should the Court decide not to strike Defendants' Affirmative Defenses then same are denied and Plaintiff requests strict proof thereof.

**WHEREFORE**, the Plaintiff requests that this Court strike Defendants' Affirmative Defenses 1 through 17, or in the alternative, treat this motion as a denial of Defendants' Affirmative Defenses 1 through 17 and require the Defendants to provide strict proof thereof, and grant such other relief deemed just and equitable.

Respectfully Submitted,

/s/ Jack C. Morgan III
JACK C. MORGAN III, ESQUIRE
Florida Bar No. (126527)
*jmorgan@ralaw.com*
*serve.jmorgan@ralaw.com*
SCOTT J. HERTZ, ESQ.
Florida Bar No. (98552)
shertz@ralaw.com
 **Roetzel & Andress, LPA**
2320 First Street
Suite 1000
Fort Myers, FL  33901
Telephone:  239.337.3850
*Co-Counsel for Plaintiff*

                **-and-**

SAWYER C. SMITH, Esquire
Florida Bar No. 630608
[scsmith@wilburlaw.com](mailto:scsmith@wilburlaw.com)
[mmyers@wilburlaw.com](mailto:mmyers@wilburlaw.com)
[knunnally@wilburlaw.com](mailto:knunnally@wilburlaw.com)
**The Wilbur Smith Law Firm**
1415 Hendry Street
Fort Myers, FL 33901
Telephone: 239.334.7696
Facsimile: 239.334.3669
*Co-Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 7, 2015, this document was electronically transmitted to the Clerk of Court via the Florida Courts E-Filing Portal ("FCEP") for filing and transmittal of electronic mailing to the following FCEP registrant(s):

Robert C. Shearman, Esq.
***Henderson Franklin Starnes & Holt***
Post Office Box 280
Fort Myers, FL 33902
[robert.shearman@henlaw.com](mailto:robert.shearman@henlaw.com)
[courtney.ward@henlaw.com](mailto:courtney.ward@henlaw.com)
***Attorneys for Defendants***

           /s/ Jack C. Morgan III, Esq.
JACK C. MORGAN III, ESQ.
Florida Bar No. (126527)
*Co-Counsel for Plaintiff*

9831412 _1  131884.0001